Date: 08/31/10                  **DIVIDENDS REMITTED TO THE COURT**      CK# 118   150933      Page:

Case Number 09-11302 - PICKERING, WILLIAM DALE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000010 | 246.26 | 3.96 |
| ---------- Remittance Total -------------- | | 246.26 | 3.96 |

MARVIN A. SICHERMAN, Trustee

FILED
2010 SEP 13 PM 3:54
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND